And we're here on our 17th January, not the 17th January that we have, but the 27th August, in this case. And I'm here to serve as your representative. And I'd like to talk to you about what we're doing. It's the same in a very broad area. You know, there's a lot of evidence that we're tracing now in various other areas as well. So I was hoping that maybe one of the things I could do while we're here is talk about some of the cases that have come in since the break in August, and some of the breakthroughs that have come since. First, I want to mention a couple of California Supreme Court cases. You know, the Supreme Court is also a branch of the NJJ. And the reason I'm here at all is because there are so many new cases that have come out that I think it was truly appropriate to get into the court with a new swath of cases. I've been in a lot of cases in the NJJ, and I've been in a lot of cases in the Supreme Court, and I've been in a lot of cases in the NJJ. And it's really important to get together so that you can have a scenario in which you can have a case that's not in the NJJ, and you can have a scenario in which you can have a case that's not in the NJJ. So I'm here to talk to you about some of those cases, and I hope that you'll bring some of them into your time here, and I'll ask you to comment on some of the cases that have come in. And I'm going to start with the one in California. I'm not sure if you're aware of it, but it's actually in front of you. It's actually in front of two cases. It's in front of you, and I'm going to ask you to comment on that. Thank you. The South Texas case and the overall cases are two California cases. And really, if there's anything or any detail about these cases, the fact that they reaffirm the possibility that there are remains, people who live in California, just want to consider seeing what are the cases that are compared to other folks. So that takes me to the particular premise of this case, and I thought maybe a good way to approach this is, because we have three arbitrations, and it's being the same as any other form of remedy, that we could be looking at it as a form of arbitration for the process and just thinking, what do you really want to be doing? What's that arbitration being about here? And so I'm just going to stick with the various terms that have been established. You'll probably see that there are a lot of different terms that we're talking about. The first one is a sewer D&A system. So you buy the product on the website, and then for a decade at a time, you're going to increase the terms of service, and then you're just going to buy the product. If you choose to do that, it's going to work in some way, I can see it. I don't think that there's a difference, but maybe there is some sort of one, but probably there isn't something. I've never experienced this, and you've never experienced it. In my website, or my blog, you're buying a D&A test kit, and this is a live test kit, and you're supposed to have it on your computer, and then you submit it or something, and then the person else checks, and you go, oh, there's a sewer D&A system, right? That's not what you want. You want the service. Most of the time, it's not what you're looking for. It's a live test kit, so you send the product to 23andMe, and they understand that, and at this point, maybe they don't have the license, and they don't want to do the test at all, but they advertise in the system, and they do that, and it gives me information about your D&A SS3, and at this time, when this is taking place, and this is happening fast enough, so you want to see the tendency of the schedule to be a little slower, so we'll be doing a lot of D&A today. So you can actually get an online D&A event, which is what we call a therapeutic event, featuring people that you're paying for, and somebody shows up, and it's a little cheaper, and you pay for it, and it's a lot faster, so that's kind of what's going on, because actually, there's a lot of people that you want to get, and that's just because you're going to hire people, or someone else, or someone else, or whoever, and it's just a means to an end, and you're not going to get it, because you're all going to get it, and you're going to hear your credit card information, and you're going to see that you may be putting your credit card in, and you're going to receive it, and you're going to send it to your company, and there's a thing called the periodic log, so what's going on around the periodic log, and if you go ahead and click through, you can see the terms of service, and once you see this, you can actually use the terms of service before you put your credit card information in, and once you send it, you can receive it. So what this is trying to say, is that this is a procedure, and you're going to get your credit card information, before you're able to receive it. That's true, but it is a sliding scale, so when you're putting your credit card in, it's not going to slide into the business, and it's not going to look like a fresh page, like it was for us. It's very difficult, and it's very embarrassing, and you're seeing things that you've lost, and you're seeing things that you have gained, so, we don't want to say to people, that you're not correct, but it's a very important process, and it requires a system that's very deep in, and it's not going to be easy, and it's just a very, very short, and just a simple procedure, traditionally, and it's just a very simple process, that you want to make sure, that you do not have to be afraid of the terms of service, and it's not going to be that threatening, and it's not going to be true. So, again, I just want to say, that this is a very simple procedure, and there's not a court, or some sort of case, provision, that says, this is a very simple procedure. Well, I believe, most of the cases, in some cases, most of the cases, are based on conclusion, and it's unusual, in the sense that, usually, these attorney fees, if the cause typically occurs, in a commercial company, to significant organizations, we've got a lot of bargaining power, and so it's not a consumer conscience, I guess, it's a consumer conscience, when there's a bilateral, issue to provision, in other cases, people are going to say, that it's substantive and questionable, and it's not going to be true. I've seen that often, because I've never actually seen that in a term in a consumer commercial case. I don't have any problem believing that in the case of a consumer product, and the sales of the product in a term, vary depending on the contract, or the way the member will make a claim, such as hearing a case, or an attorney gives you the clues, that the substance of the commercial case might be specific to a certain case that you've seen so far, or even if it's something you know that's consistent with your own background. So, you know, what do you think of so-called substantive and questionable that seems to be primarily for people like, oh, they're going to hire a spouse, they're going to hire a husband, or they're going to hire a wife, or they're going to have children, that also, essentially, requires a great deal of knowledge. I'm going to say that as an example of the positive and the negative, I'll bring in this famous example. Sure. I think that's a different circumstance. It's a situation where it's a big one party, it's one proprietary space, and the parties need to bring in the necessary support functions and the powers of their staff. It's a different analysis in terms of the extent whether the term's going to be unfair for a party that isn't a party. However, in each case, the full array of cases in the arbitration contest appear to be all unfair, which basically means the party has no power in the position of assuming tremendous rights and all of the above. I'm going to bring in an example of that. I'm going to use an example that I call the standard arbitration system. Now, I've never seen any of this. It's not only arbitrary, but it's not simple. It is defined in the standard arbitration system where there's an arbitration system that says that this exactly is being charged to these two people. As you can see now, there's a zero margin, there's a zero charge, and there's something that you can read about in the arbitration system. So, as you see, these kinds of arguments exist since thousands of years before it came into being. The arbitration system tends to be similar, although it's less than usually applied to domestic cases and to people that live in Oregon or across the state. So, the interest of the arbitration system tends to be less. All you can say today, Your Honor, is that in some cases, people often use it frequently in arbitration agreements and similar situations, and there's a very complicated problem that I mean, I don't know. I think one of the things that I can say that I mean, I've looked at this area fairly thoroughly and I've come across some cases that were saying that an arbitration clause was even possible or impossible under these circumstances because it's a system that breaks in fairness, which is defunded by the police department. So, I'm just asking you to make sure that our research was sufficient and appropriate. What are we supposed to do? Do you have some issues along the way? Do you consider, what I'm most confident is that Chapter 3, Part 2, gives you some information that this is substantive, functional, and something that we have to go to both parties in order to make that determination? Well, I think it goes to, and I'm sorry, I'm running out of time, so I'm going to use this question and then I'll answer the second part. And then, if you look to the cases that exist, all of these are in wide sub-corrections on how much people need education on how to protect themselves and their sensors and their eyes. And they are under an HRAS and they have cases that are pretty important. So, the reason behind this is because it puts the consumer at such a level of risk that no one is going to be able to afford. It essentially impedes the defendant from seeing what the consumer manages to find that's the most concerning and authentic evidence. There's no way that we're going to be able to do that. So, we need to look at what they're going to have to try to get the consensus that we're looking at. Under arbitration, we're going to representively treat the warrants as meaningful. If it's impossible in arbitration context, it's going to be impossible in the judicial context as well. We're going to look at the warrants as being sensitive to the pre-trial experience of  and what the warrants  entail. So, we're going to   warrants as being sensitive to the pre-trial experience of the defendant. And, we're going to look at the warrants as being sensitive to the pre-trial experience of the defendant. So, we're going to look  warrants as being   pre-trial  of the defendant. And, we're going to look at the warrants as being sensitive to the pre-trial experience of the defendant. And,          experience of the   we're going to look at the warrants as being sensitive to the pre-trial experience of the defendant. And, we're going to look               warrants as being sensitive to the pre-trial experience of the defendant. And, we're going to look at the sports decision in Lassiter, which is the decision that was reversed by the Supreme Court in Mississippi. And, in Lassiter, the sports decision, which has been always the standards that have come from the Supreme Court in Mississippi, is the decision that was reversed by the Supreme Court in Mississippi. And, in Lassiter, the sports decision that was reversed Lassiter, the sports decision  was reversed by the Court in Mississippi reversed the decision by the   in Lassiter. And, in Lassiter, the Supreme Court reversed the decision by the Court in Lassiter. And, in Lassiter, the Court in  reversed  decision     Lassiter in Mississippi. And, in Lassiter, the Court in Mississippi reversed the decision by the Court in Mississippi. And, in Lassiter, the  in Mississippi reversed the decision by the Court in Mississippi. And, in Laslister, the Court     in Mississippi. And, in Mississippi, the Court in Mississippi reversed the decision by the Court in Mississippi. And, in Mississippi, the Court reversed the decision This is a decision that  be made   court of the court of the Federal Court of the Court of the Federal Court of the Court of the Supreme Court of the United States. The court of the United United States.  court of the Please stand. Please stand. Please stand. Please stand. Please stand. Please stand. Please stand. Please stand. Please stand, please. .
judges: Trott, Ikuta, Watford